528A2400130

# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NY51-528A7 | 9779076 | Gallup, J | 1619 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/13/2023 | 38 1.218(b)(4) |

Place of Offense: (7th Floor Room #C709)
800 Irving Ave Syracuse NY 13210

Offense Description: Factual Basis for Charge  ☐HAZMAT
Willful Destruction, damage of Government Property

**DEFENDANT INFORMATION**   Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| Desiderio | Mark | — |

Street Address: [redacted]
City: [redacted]  State: [redacted]  Zip Code:  Date of Birth:
Drivers License No.: [redacted]  CDL ☐  D.L. State: NY  Social Security No.: [redacted]

☒Adult ☐Juvenile   Sex ☒Male ☐Female   Hair: BRO   Eyes: BRO   Height: 5'10"   Weight:

**VEHICLE**   VIN: —   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| KBW | — | — | — | | — |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ 280.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 100 S. Clinton St. Syracuse NY 13202

Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *[signed]*

Original - CVB Copy

*9779076*

CVB SCAN 11/21/2023 14:8